**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80953-AMC**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**

**UP TO AND INCLUDING $4,500,000.00 ON DEPOSIT IN ACCOUNT NUMBER 37050168860100001945 AT CHINA CONSTRUCTION BANK CORPORATION HELD IN THE NAME OF JINING NACHEN TRADING CO LTD,**

       **Defendant *In Rem*.**

## WARRANT OF ARREST IN REM

**TO:**    **UNITED STATES SECRET SERVICE AND/OR ANY OTHER UNITED STATES OFFICER OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER**

**WHEREAS**, on August 10, 2026, the United States filed a Verified Complaint for Forfeiture *in Rem* against the above-captioned defendant property ("Defendant *In Rem*") ("Complaint"); and

**WHEREAS**, the Court, having reviewed the Complaint and the Government's Application for Warrant of Arrest *In Rem*, finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), that there is probable cause to believe that the Defendant *In Rem*, which is not currently in the Government's possession, custody, or control or subject to a judicial restraining order, are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and

**WHEREAS**, Supplemental Rule G(3)(c)(i) provides for that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it to who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose;

**YOU ARE, THEREFORE, HEREBY COMMANDED** to arrest the Defendant *In Rem* as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: _____

By:     _____
       THE HONORABLE AILEEN M. CANNON
       UNITED STATES DISTRICT JUDGE

cc: Nicole Grosnoff AUSA

2